IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CV-187-D

| | |
|---|---|
| NATHANIEL WILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO STAY DISCOVERY |
| v. ) | |
| ) | |
| RAY MABUS, SECRETARY, ) | |
| DEPARTMENT OF THE NAVY, ) | |
| ) | |
| Defendant. ) | |

For good cause having been shown upon the Motion to Stay Discovery, it is hereby

ORDERED that discovery in the above-captioned matter is stayed pending the Court's ruling on Defendant's motion to dismiss, or alternatively, motion for judgment on the pleadings.

SO ORDERED. This 14 day of September 2016.

JAMES C. DEVER III
Chief United States District Judge