UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NATHANIEL WILLINGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:16-CV-187-D** |
| ) | |
| RAY MAYBUS, Secretary, Department ) | |
| of Navy, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 35], and GRANTS plaintiff's motion for an extension of time to file a response [D.E. 42]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on May 22, 2018, and Copies To:**

| | |
|---|---|
| Nathaniel Willingham | (Sent to 500 Pacific Avenue Unit 503 Virginia Beach, VA 23451 via US Mail) |
| G. Norman Acker, III | (via CM/ECF electronic notification) |
| Rhonda Lisa Campbell | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:                                             PETER A. MOORE, JR., CLERK

May 22, 2018                          (By)  /s/ Nicole Briggeman
                                                          Deputy Clerk